UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID MOSKALSKI,

                Plaintiff,

    - against -

CAPITAL ONE BANK (USA), N.A., ET AL.,

                Defendants.

21-cv-2423 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This case has been dismissed with respect to the parties that have appeared. On May 20, 2021, the parties notified the Court that this case was settled as to Capital One Bank (USA), N.A. ("Capital One"). There is no indication that Capital One has appeared in this case.

    Therefore, this case is dismissed and the Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
            December 20, 2021

                                              John G. Koeltl
                                      United States District Judge